THE LAW OFFICE OF

## JAMES A. SCHIFF, ESQ.

521 FIFTH AVENUE
17TH FL.
NEW YORK, NY 10175

JAMES A. SCHIFF

MEMBER OF THE NEW YORK
FEDERAL AND STATE BARS

P (212) 362-5600
F (212) 260-6918
jschiff@schiffesq.com

July 25, 2022

**ADJOURNMENT REQUEST**
**VIA ECF**

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *United States v. Tomas Deleon,* 22 Cr. 280 (JPO), Adjournment Request

Dear Judge Oetken:

I represent Tomas Deleon in the above-referenced matter.  I write to respectfully request that the July 26, 2022 conference be adjourned to allow counsel additional time to complete discovery review with Mr. Deleon, who requires the use of an interpreter.

I have discussed this request with the Government and with Mr. Deleon and neither objects to this adjournment request.  Further, as the Court is aware, Charlie Vargas, counsel for co-defendant Jose Costas has made a similar request for an adjournment until early September, 2022 and we would like to join in that request, including excusing the time between July 26, 2022 and the next scheduled conference date.

We thank the Court for entertaining our request.

Respectfully,

/s/ James Schiff
*Attorney for Defendant*
 (212) 362-5600

---

Granted.  The July 26, 2022 pretrial conference is adjourned to September 12, 2022, at 12:30 pm.  The Court hereby excludes time through September 12, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial.  Counsel are reminded that absent an emergency, any requests for adjournments **must** be made at least 72 hours prior to the scheduled proceeding, and must be sent by email to the court.
 So ordered.
 7/26/2022

_____
J. PAUL OETKEN
United States District Judge