THE LAW OFFICE OF

# JAMES A. SCHIFF, ESQ.

521 FIFTH AVENUE
17TH FL.
NEW YORK, NY 10175

JAMES A. SCHIFF

MEMBER OF THE NEW YORK
FEDERAL AND STATE BARS

P (212) 362-5600
F (212) 260-6918
jschiff@schiffesq.com

May 26, 2023

**BY ECF**

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Tomas Deleon,* 22 Cr. 280 (JPO), Sentencing Adjournment

Dear Judge Oetken:

My Office represents Tomas Deleon in the above-referenced matter. Mr. Deleon's case is currently scheduled for sentencing on June 9, 2023 at 12:30 pm. Counsel for the defendant is seeking to continue Mr. Deleon's sentencing to June 30, 2023, or any date thereafter that is convenient for the Court.  As the Court is aware, Defense counsel received the Initial Disclosure Pre-Sentence Report on May 18, 2023, and informed that the Second Disclosure Pre-sentence Report will be filed by June 2. As a result, Defense counsel is requesting an extension to file its Sentencing Memorandum two weeks from the filing of the Second Disclosure.

Specifically, Defense counsel respectfully requests the following extension dates: Defense Memorandum submission by June 16, 2023, the Government's response by June 23, and the Sentencing date on June 30, 2023, or anytime thereafter that is convenient for the Court.

The Government was advised of this request and has no objection.  We thank the Court for its consideration, and should the Court require further information I can be reached at (212) 362-5600.

> Granted.  The sentencing hearing is adjourned to July 6, 2023, at 11:30 a.m.
> So ordered:  5/26/2023

Respectfully,

/s/ James Schiff
*Attorney for Tomas Deleon*
 (212) 362-5600

_____
J. PAUL OETKEN
United States District Judge