UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TOMAS DELEON,<br>            Defendant. | 22-CR-280-1 (JPO)<br><br>ORDER |

J. Paul Oetken, District Judge:

Defendant Thomas Deleon was sentenced on December 13, 2023, to a term of incarceration of 12 months and 1 day set to commence on January 31, 2024. The Court has been informed that the Bureau of Prisons has yet to designate Mr. Deleon and is requesting a new surrender date. It is hereby ordered that Defendant's surrender date is adjourned to February 9, 2024.

SO ORDERED.

Dated: February 2, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge